818

No. 88. EDDINGTON v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *John I. Heise, Jr.,* and *Alfred L. Scanlan* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 94. PERK, COUNTY AUDITOR OF CUYAHOGA COUNTY, OHIO v. PARK INVESTMENT CO. ET AL. Supreme Court of Ohio. Certiorari denied. *John T. Corrigan* and *John L. Dowling* for petitioner. *John E. Forrester* and *Ralph D. Kovanda* for respondent Park Investment Co. *J. Hall Kellogg* for Cleveland Association of Building Owners and Managers, as *amicus curiae,* in opposition.

No. 97. IN RE ROGERS. Supreme Court of California. Certiorari denied.

No. 101. RAIBLE v. PUERTO RICO INDUSTRIAL DEVELOPMENT CO. C. A. 1st Cir. Certiorari denied. *Luis E. Dubon* for petitioner.

No. 104. HUG v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Morris A. Shenker, Murry L. Randall, Jacques M. Schiffer* and *Robert Tross* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 106. FAIR SHARE ORGANIZATION, INC., ET AL. v. PHILIP NAGDEMAN & SONS, INC. Appellate Court of Indiana. Certiorari denied. *Hilbert L. Bradley* and *Charles P. Howard, Jr.,* for petitioners. *Owen W. Crumpacker* for respondent.